This case is 23-13031 L. Squared Industries, Inc. v. Nautilus Insurance Company